JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING AND PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVENUE STORES LLC, et al., <br><br> Defendants. | Case No. CV 18-3127 FMO (JCx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of July, 2018.

/s/
Fernando M. Olguin
United States District Judge